**Dismiss and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00654-CR
No. 05-14-00656-CR

**DIONISIO DURAN RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-13-500, 2-13-501**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Dionisio Duran Ramirez pleaded guilty to unlawful possession of a firearm by a felon and possession with intent to deliver a controlled substance in an amount of four grams or more but less than 200 grams. Appellant also pleaded true to two enhancement paragraphs in each case. Following the plea bargain agreements, the trial court sentenced appellant to imprisonment for twenty-five years in each case. Appellant waived his right to appeal as part of the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the cases involve plea bargains and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140654F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DIONISIO DURAN RAMIREZ, Appellant

No. 05-14-00654-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 2-13-500.
Opinion delivered by Justice Francis,
Justices Bridges and Lang-Miers
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered June 30, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DIONISIO DURAN RAMIREZ, Appellant

No. 05-14-00656-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 382nd Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 2-13-501.
Opinion delivered by Justice Francis, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered June 30, 2014